UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

- v. -

DIANA WILLIAMSON,

             Defendant.

------------------------------------- x

**PARTIAL VACATUR OF PRELIMINARY ORDER OF FORFEITURE AS TO SUBSTITUTE ASSETS**

**10 Cr. 802 (LAP)**

WHEREAS, On or about November 7, 2024, the Court entered a Preliminary Order of Forfeiture as to Substitute Assets (the "Substitute Asset Order")(D.E. 188), which forfeited DIANA WILLIAMSON's (the "Defendant") right, title, and interest in the following property to the United States:

    a. $6,696 in United States currency seized from the Defendant's residence pursuant to a search warrant on or about August 12, 2010 in New York, New York ("Seized Currency"); and

    b. $26,436 in United States currency seized from the Defendant's residence pursuant to a search warrant on or about August 12, 2010 in New York, New York;

WHEREAS, following the entry of the Substitute Asset Order, the Government was advised that the Seized Currency was in fact seized from co-defendant Lenny Hernandez ("Hernandez") not Defendant; and

WHEREAS, the Seized Currency is not an asset of the Defendant that is subject to forfeiture pursuant to Title 21, United States Code, Section 853(p).

1

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The Substitute Asset Order as to the Seized Currency is hereby vacated.

2. The Substitute Asset Order shall remain in full force and effect in all other aspects.

3. Upon entry of this Partial Vacatur of the Substitute Asset Order, the Government shall effectuate the return of the Seized Currency to Hernandez.

SO ORDERED:

_____          _11/21/24_____
HONORABLE LORETTA A. PRESKA            DATE
UNITED STATES DISTRICT JUDGE