UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
    UNITED STATES OF AMERICA     :  **FINAL ORDER OF FORFEITURE**
                    -v.-                      :  10 Cr. 802 (LAP)
    DIANA WILLIAMSON,              :
                 Defendant.   :
------------------------------------- X

        WHEREAS, on or about November 7, 2024, this Court entered a Preliminary Order of Forfeiture as to Substitute Assets (the "Substitute Asset Order") (D.E. 188), which ordered the forfeiture to the United States of all right, title and interest of DIANA WILLIAMSON (the "Defendant") in, *inter alia*, the following property:

    a.    $26,436 in United States currency seized from the Defendant's residence pursuant to a search warrant on or about August 12, 2010 in New York, New York

(the "Substitute Asset");

        WHEREAS, the Substitute Asset Order directed the United States to publish, for at least thirty (30) consecutive days, notice of the Substitute Asset Order, notice of the United States' intent to dispose of the Substitute Asset, and the requirement that any person asserting a legal interest in the Substitute Asset must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3).  Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Substitute Asset and as a substitute for published notice as to those persons so notified;

        WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of

the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Substitute Asset before the United States can have clear title to the Substitute Asset;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Substitute Asset was posted on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) beginning on November 26, 2024, for thirty (30) consecutive days, through December 25, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on February 3, 2025 (D.E. 194);

WHEREAS, on or about November 19, 2024, notice of the Substitute Asset Order was sent by certified mail, return receipt requested, to:

Susan Mary Kosyka
New York, NY

WHEREAS, on or about December 4, 2024, Susan Mary Kosyka (the "Petitioner") advised the Government of her interest in the Substitute Asset;

WHEREAS, on or about January 10, 2025, the Court entered a Stipulation and Order (D.E. 193), wherein the Government agreed to return $13,218 of the Substitute Asset to the Petitioner and the Petitioner agreed to withdraw any claim to the remaining $13,218 of the Substitute Asset (the "Forfeitable Funds");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no other petitions or claims to contest the forfeiture of the Substitute Asset have been filed;

WHEREAS, the Defendant and the Petitioner are the only persons and/or entities known by the Government to have a potential interest the Substitute Asset;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Forfeitable Funds is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeitable Funds.

3. The United States Marshals Service (or its designee) shall take possession of the Forfeitable Funds and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       February 4, 2025

SO ORDERED:

_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE